## ANTHONY W. OLIPHANT *v.* COMMISSIONER OF CORRECTION

The petitioner Anthony W. Oliphant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 613 (AC 22014), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Richard C. Marquette*, special public defender, in support of the petition.

*Eileen F. McCarthy*, assistant state's attorney, in opposition.

Decided March 12, 2004

## LENNARD TOCCALINE *v.* COMMISSIONER OF CORRECTION

The petitioner Lennard Toccaline's petition for certification for appeal from the Appellate Court, 80 Conn. App. 792 (AC 23544), is denied.

BORDEN, J., did not participate in the consideration or decision of this petition.

*Conrad Ost Seifert*, special public defender, and *Hope C. Seeley*, in support of the petition.

*Marjorie Allen Dauster*, senior assistant state's attorney, in opposition.